**13 CA 12136** ~~JLT~~ RGS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| |
|---|
| MANSEL LTD., |
|                 Plaintiff, |
| v. |
| CREST MARITIME CHARTERING INDIAN OCEAN LTD., |
|                 Defendant. |

Civil Action No.

## ORDER AUTHORIZING
## PROCESS OF WRIT OF ATTACHMENT AND GARNISHMENT

**UPON** reading the Verified Complaint for an Order authorizing process of Writ of Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule B"), as well as the exhibits, affidavit and other papers submitted in support thereof by Holland & Knight LLP, attorneys for Plaintiff Mansel Ltd. ("Mansel"), this Court finds the conditions for an action under Supplemental Rule B appear to exist and it is therefore:

**ORDERED** that the Clerk shall issue a Writ of Attachment and Garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of $11,030,766.03 USD against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, bank accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf or otherwise for the benefit of Defendant Crest Maritime Chartering Indian Ocean Ltd. ("Crest") by any garnishee within this district including the Bank of America; and it is further

**ORDERED** that said Writ of Attachment and Garnishment will be equally applicable to any other garnishees upon whom a copy of the Writ of Attachment and Garnishment may be served in an amount up to and including $11,030,766.03USD; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the Writ of Attachment and Garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Mansel shall be required to show why the Order and Writ of Attachment and Garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following the initial service upon any garnishee by special process server John Keogh or other such representative, subsequent or supplemental service of Writ of Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that service upon any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service and deemed to be effective through the end of the next business day provided another service is made the next business day; and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Writ of Attachment and Garnishment; and it is further

**ORDERED** that following initial service as described above, if any supplemental service of the Process of Attachment and Garnishment is required, if the garnishee does not consent to

deem initial service continuous for a period of 60 days or does not consent to supplemental service by verifiable electronic means, then any supplemental personal service shall have continuous effect for 45 days; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the Writs of Attachment and Garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action.

Dated: _August 29_, 2013

SO ORDERED

_/s/ Richard G. Stearns_
U.S.D.J.
Boston, Massachusetts